UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS MICHAEL LEMKE,<br><br>　　　　　Defendant. | INDICTMENT CR-08-216 DWF/RLE<br><br>(18 U.S.C. § 2251(a))<br>(18 U.S.C. § 2251(e))<br>(18 U.S.C. § 2253(a)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Production of Child Pornography)

On or about May 29, 2004, in the State and District of Minnesota, the defendant,

**DENNIS MICHAEL LEMKE,**

did knowingly employ, use, persuade, induce, entice, and coerce Jane Doe #1, a minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials, including but not limited to a Minolta Dimage X digital camera, that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 2
(Production of Child Pornography)

From on or about July 18, 2004, through on or about September 11, 2005, in the State and District of Minnesota, the defendant,

SCANNED
JUL 15 2008
U.S. DISTRICT COURT MPLS

FILED JUL 1 4 2008
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

United States v. Dennis Michael Lemke

**DENNIS MICHAEL LEMKE,**

did knowingly employ, use, persuade, induce, entice, and coerce Jane Doe #2, a minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials, including but not limited to a Minolta Dimage X digital camera, that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 3
(Production of Child Pornography)

On or about February 18, 2005, in the State and District of Minnesota, the defendant,

**DENNIS MICHAEL LEMKE,**

did knowingly employ, use, persuade, induce, entice, and coerce Jane Doe #3, a minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials, including but not limited to a Minolta Dimage X digital camera, that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

United States v. Dennis Michael Lemke

### COUNT 4
(Production of Child Pornography)

On or about February 28, 2006, in the State and District of Minnesota, the defendant,

**DENNIS MICHAEL LEMKE,**

did knowingly employ, use, persuade, induce, entice, and coerce Jane Doe #4, a minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials, including but not limited to a Minolta Dimage X digital camera, that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 5
(Production of Child Pornography)

On or about April 12, 2006, in the State and District of Minnesota, the defendant,

**DENNIS MICHAEL LEMKE,**

did knowingly employ, use, persuade, induce, entice, and coerce Jane Doe #5, a minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials, including but not limited to a Minolta Dimage X digital camera, that had been mailed, shipped, and transported in interstate and foreign commerce, in

United States v. Dennis Michael Lemke

violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATIONS

Counts 1 through 5 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21,

4

<u>United States v. Dennis Michael Lemke</u>

United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2253(a).

                        A TRUE BILL


_____      _____
ACTING UNITED STATES ATTORNEY       FOREPERSON