**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 08-216(1) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| | **AND RECOMMENDATION** |
| Dennis Michael Lemke, | |
| Defendant. | |

Nathan P. Petterson, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

―――――

This matter is before the Court upon Defendant Dennis Michael Lemke's ("Defendant") objections to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated September 4, 2008, recommending that: (1) Defendant's Motion to Suppress Statements, Admissions and Answers be denied, as moot; (2) the Defendant's Motion to Suppress Evidence Derived from Searches and Seizures be denied; and (3) the Defendant's Motion to Dismiss Indictment be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Dennis Michael Lemke's objections (Doc. No. 34) to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated September 4, 2008, are **DENIED**.

2. Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated September 4, 2008 (Doc. No. 31), is **ADOPTED**.

3. Defendant Dennis Michael Lemke's Motion to Suppress Statements, Admissions and Answers (Doc. No. 16) is **DENIED, AS MOOT.**

4. Defendant Dennis Michael Lemke's Motion to Suppress Evidence Derived from Searches and Seizures (Doc. No. 17) is **DENIED**.

5. Defendant Dennis Michael Lemke's Motion to Dismiss Indictment (Doc. No. 24) is **DENIED**.

Dated: November 19, 2008      s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court